AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.
Yony Edilverto Perdomo

AKA: Yony Edilberto Perdomo

IAE   YOB: 1979
Honduras
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-2405-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 24, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Yony Edilverto Perdomo was encountered by Border Patrol Agents near Mission, Texas on November 24, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 24, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 18, 2016, through Alexandria, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 24, 2014, the Defendant was convicted of Conspiracy to Defraud the United States with Identification Documents and was sentenced to thirty-eight (38) months confinement and twelve (12) months supervised release.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 25, 2018.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me and subscribed in my presence,

November 25, 2018   — 3:35 p.m.

Juan F. Alanis                     , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Cipriano Shears Jr.
Signature of Complainant

Cipriano Shears Jr.   , Senior Patrol Agent

Signature of Judicial Officer